# EXHIBIT A



Nathan Perry - of Counsel**  
Jeffrey N. Aldous*

**ALDOUS**  
& ASSOCIATES

P.O. Box 171374  
Holladay, UT 84117-1374  
Toll Free: (888) 221-5155

Jacob Mckinney  
3556 S Quincy Ave  
Milwaukee WI 53207-3436

Date: April 15, 2016  
YOUR ACCOUNT NUMBER: ▇▇34  
Agreement with: Golds Gym Milwaukee dba GG

| | |
|---|---|
| DELINQUENT BALANCE: | $489.29 |
| COLLECTION FEE: | $146.79 |
| **TOTAL DUE TODAY:** | **$636.08** |

Dear Jacob Mckinney:

This law firm has been retained by Golds Gym Milwaukee dba GG to collect the full accelerated balance as a result of your defaulted retail installment contract with the Company. Formal demand is hereby made upon you for immediate debt resolution upon your receipt of this letter. Golds Gym Milwaukee dba GG is the original creditor of this debt.

**At this time, no attorney with this firm has personally reviewed the particular circumstances of your account.**

**Unless you notify this office within thirty days after receiving this notice that you dispute the validity of this debt or any portion hereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within thirty (30) days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.**

In accordance with the terms of your contract, a collection fee will be added to your delinquent balance if the debt is not resolved promptly. If you continue to ignore your financial obligations, the creditor may choose to report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. The original creditor reference number is ▇▇▇5713.

Your cooperation in this matter is greatly appreciated. We look forward to hearing from you soon.

Sincerely,  
Aldous & Associates, P.L.L.C. - *Attorneys at Law*

**THIS IS AN ATTEMPT TO COLLECT A DEBT: ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

OUR ATTORNEYS ARE ADMITTED TO PRACTICE IN ONE OR MORE OF THE FOLLOWING: NEW YORK**, LOUISIANA*, PENNSYLVANIA*, UTAH* VISIT WWW.ALDOUSLEGAL.COM FOR MORE INFORMATION. SE HABLA ESPANOL. NEW YORK CITY DCA LICENSE #: 2004462-DCA

If you request in writing proof of the debt or the name and address of the original creditor within the thirty (30) day period which begins upon your receipt of this letter, the law requires us to suspend our efforts to collect the debt until we mail the requested information to you.

---

*** Please detach the lower portion and return with your payment ***   1620-CTALDU01-10-03/18/16

Y1AFB70EA4

P.O. Box 171374  
Holladay UT 84117-1374  
ADDRESS SERVICE REQUESTED

IF YOU WISH TO PAY BY CREDIT CARD, CHECK ONE AND FILL IN THE INFORMATION BELOW.  
☐ MasterCard   ☐ VISA

| CARD NUMBER | EXP. DATE |
|---|---|
| CARD HOLDER NAME | CVV |
| SIGNATURE | AMOUNT PAID |

April 15, 2016

Your Account Number: ▇▇5334  
Agreement With: Golds Gym Milwaukee dba GG  
**Total Due: $636.08**

0008120024020018758453207343656---Y1AFB70EA4 1620

Jacob Mckinney  
3556 S Quincy Ave  
Milwaukee WI 53207-3436



Aldous & Associates  
P.O. Box 171374  
Holladay UT 84117-1374

